IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CHASITY C. MUICH,

   Appellant,

 v.             Case No.  5D22-2751
               LT Case No. 2022-DR-510

MARY LYNETTE LEE,

   Appellee.

_____/

Decision filed May 30, 2023

Appeal from the Circuit Court
for Sumter County,
Michelle Morley, Judge.

Chasity C. Muich, Etna, Ohio, pro
se, Appellant.

Mary Lynette Lee, Oxford, pro se,
Appellee.


PER CURIAM.

  AFFIRMED.


BOATWRIGHT, KILBANE and PRATT, JJ., concur.